UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARKER OMEY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL PENNYLEGION, et al.,<br><br>　　　　　　　　Defendant. | **IN LAW AND ADMIRALTY**<br><br>CASE NO. 2:20-cv-00242-RAJ-BAT<br><br>**ORDER SETTING PRETRIAL SCHEDULE** |

This case has been referred to the undersigned United States Magistrate Judge for all pretrial proceedings. The Court has reviewed the parties' Joint Status Report (Dkt. 12) and issues the following pretrial schedule:

**PRETRIAL DATES**

| Event | Date |
|---|---|
| Deadline for filing motion to join parties | **4/30/2020** |
| Deadline for amending pleadings | **4/30/2020** |
| Disclosure of expert testimony under FRCP 26(a)(2) | **9/18/2020** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | **10/16/2020** |
| All motions related to discovery must be filed by | **11/2/2020** |
| Discovery completed by | **12/17/2020** |

ORDER SETTING PRETRIAL SCHEDULE - 1

| Dispositive motions deadline | **12/28/2020** |
|---|---|
| Mediation (pursuant to LCR 39.1(c) deadline | **1/08/2021** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard J. Jones, if the case has not been resolved by settlement.

### DISCOVERY

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawd.uscourts.gov.

### PRIVACY POLICY

Under LCR 5.2(a), parties must redact the following information from documents and exhibits before they are filed with the Court:

ORDER SETTING PRETRIAL SCHEDULE - 2

- ∗ Dates of Birth – redact to the year of birth, unless deceased.
- ∗ Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
- ∗ Social Security or Taxpayer ID Numbers – redact in their entirety
- ∗ Financial Accounting Information – redact to the last four digits.
- ∗ Passport Numbers and Driver License Numbers – redact in their entirety.

## SETTLEMENT

The Court designates this case for mediation under LCR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 16th day of April, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 3