UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARKER OMEY,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL PENNYLEGION, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-00242-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO FILE AMENDED COMPLAINT (DKT. 14)** |

Before the Court is the Stipulated Motion of Plaintiff Parker Omey and Defendants Michael Pennylegion and Fast Break Fishing LLC, for an order allowing Plaintiff to file an Amended Complaint to remove Defendant Fast Break Fishing, LLC as a defendant and amend the name of "JANE DOE" Pennylegion to Valerie Pennylegion. Dkt. 14.

Having reviewed the Stipulated Motion, the Court finds that good cause exists to allow Plaintiff to file an Amended Complaint. The Clerk is directed to file Plaintiff's Amended Complaint (a copy of which is attached to the stipulated motion) and to issue summons for Michael Pennylegion and Valerie Pennylegion.

DATED this 24th day of April, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO FILE AMENDED COMPLAINT (DKT. 14)
- 1