# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PARKER OMEY,<br><br>                    Plaintiff,<br><br>  v.<br><br>MICHAEL PENNYLEGION, et al.,<br><br>                    Defendant. | CASE NO. 2:20-cv-00242-RAJ-BAT<br><br>**ORDER EXTENDING EXPERT WITNESS DEADLINES** |

Pursuant to the parties' Stipulated Motion of the parties and for good cause show, it is **ORDERED** that the Stipulated Motion (Dkt. 23) is **GRANTED**. It is further **ORDERED** that the deadline to disclose expert witnesses is rescheduled to **October 2, 2020**; and the deadline to disclose rebuttal expert testimony is rescheduled to **October 30, 2020**.

DATED this 20th day of August, 3030.

                                                _____
                                                BRIAN A. TSUCHIDA
                                                Chief United States Magistrate Judge